Decided April 28, 2000

**GREG C.'S APPEAL FROM PROBATE**

The plaintiff Greg C.'s petition for certification for appeal from the Appellate Court, 56 Conn. App. 439 (AC 18392), is denied.

SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Royal J. Stark*, in support of the petition.

*William F. Breg*, in opposition.

Decided April 28, 2000

